UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JEREMY LEE HUTH,<br><br>            Defendant | Case No. 2:23-cr-00126-RFB-NJK<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>JEREMY LEE HUTH (ID # 1870590) |

TO:     WARDEN,
        SNOHOMISH COUNTY SHERIFF'S OFFICE CORRECTIONS BUREAU
        EVERETT, WASHINGTON
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S

WE COMMAND that you have the body of JEREMY LEE HUTH, detained in the custody of the Warden, Snohomish County Sheriff's Office Corrections Bureau, Everett, Washington, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about October 24, 2023, at the hour of 11:45 a.m., in Courtroom 7C, for Change of Plea hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until JEREMY LEE HUTH is released and discharged by the said Court; and that you shall thereafter return JEREMY LEE HUTH to the custody of the Warden, Snohomish County

*III*

*III*

*III*

*III*

Sheriff's Office Corrections Bureau, Everett, Washington, under safe and secure conduct, and have you then and there this writ.

DATED:  September 8th, 2023.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Date: 9/8/2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk