JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ROBERT KNIEF
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Robert.Knief@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00126-RFB-NJK |
| Plaintiff, | **STIPULATION TO MODIFICATION OF THE PLEA AGREEMENT** |
| vs. | |
| JEREMY LEE HUTH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Murdoch Walker, III, counsel for Jeremy Lee Huth, that because of an ambiguity in the plea agreement regard imposing a concurrent sentence with several Washington State cases, the parties agree that the Court should impose a 24-month downward variance.  This stipulation does not affect the binding mature of the plea agreement,

///

///

///

1

the joint recommendation of a 63-month sentence, or any other provision of the plea agreement.

DATED:  March 28, 2024

                                               Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/  Robert Knief
_____
ROBERT KNIEF
Assistant United States Attorney


/s/ Murdoch Walker, III
_____
MURDOCH WALKER, III
Counsel for Defendant
JEREMY LEE HUTH